UNITED STATES DISTRICT COURT
NOTRTHERN DISTRICT OF MICHIGAN
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTINA NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00086-A- |
| | ) | |
| CITIBANK N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTINA NORRIS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the court that a settlement of the present matter has been reached and the parties are in the process of finalizing the settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Dated: March 21, 2017

Respectfully submitted,

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2017, a true and correct copy of the foregoing instrument was mailed to with the Clerk of the Court via United States Postal Service. A copy of said Notice was mailed via United States Postal Service to all the parties as followed:

Leslie Johnson
Brian T Morris
Winstead P.C.
500 Winstead Building
2728 N Harwood Street
Dallas, TX 75201
Attorneys for Defendant

                                              Adam T Hill
                                              Attorney for Plaintiff