IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTINA NORRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-086-A |
| | § | |
| CITIBANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference/hearing conducted in the above-captioned action on the date of the signing of this final judgment, with counsel for plaintiff, Christina Norris, and counsel for defendant, Citibank, N.A., on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action by plaintiff against defendant in the above-captioned action be, and are hereby, dismissed with prejudice; and

The court further ORDERS, ADJUDGES, and DECREES that each party bear costs of court and attorney's fees incurred by such party.

SIGNED March 24, 2017.

_____
JOHN McBRYDE
United States District Judge